UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TANISHA DEVITO,

       Plaintiff,                                 Case No. 22-cv-10822
                                                 Hon. Matthew F. Leitman

v.

FASHION NOVA LLC,

       Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated:  June 17, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2022, by electronic means and/or ordinary mail.

                                                 s/Holly A. Ryan
                                                 Case Manager
                                                 (810) 341-9764